# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-0768
_____

WALTER LEWIS JOHNSON, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

July 25, 2018

PER CURIAM.

We affirm Appellant's judgment and sentence, and remand solely for the court to enter a written adjudication *nunc pro tunc* of the competency determination the court has already made. *See Hunter v. State*, 174 So. 3d 1011, 1015 (Fla. 1st DCA 2015) (remanding for entry of *nunc pro tunc* written order). The record reflects that the court made a proper and independent adjudication of Appellant's competency after the court raised a competency concern and had Appellant evaluated. We reject Appellant's other arguments on appeal without further comment.

AFFIRMED; REMANDED for entry of order.

LEWIS, KELSEY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Barbara Busharis, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Amanda Stokes, Assistant Attorney General, Tallahassee, for Appellee.